

**IAKOVOU & XANTHOPOULOS LAW GROUP, PLLC**

 6 Wall Street, 49th Floor
New York, NY 10005
☎ (212) 404-8644
📠 (332) 777-1884
🌐 ix-legal.com

Author's Email: john@ix-legal.com
Author's Direct: (212) 404-8644

November 19, 2025

> *[Handwritten order:]* The February 10, 2026 conference will proceed as scheduled. All other dates in the Civil Case Management Plan are stayed for sixty days.
> SO ORDERED.
> /s/ [signature]
> USDJ 11-19-25

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

RE:   *686 Eagle Avenue LLC v. Penn-Star Insurance Company*
        Case No.: 2:25-cv-06100-PKC

Dear Judge Castel:

This office represents plaintiff, 686 Eagle Avenue LLC (collectively "Plaintiff") in the above-referenced matter. We write, pursuant to the Your Honor's Practice Rules 1(C) to respectfully request a stay and extension of all discovery deadlines for sixty (60) days. The reason for this request is that we are informed that in the second underlying state court action involving the same plaintiff but no claim of physical injury the parties are finalizing settlement. Additionally, the contemplated settlement in that action is global and will therefore resolve the underlying state injury claim that is the subject of this action. Upon such settlement, Plaintiff intends to discontinue this action against Penn-Star Insurance Company. This is Plaintiff's first request for a stay and extension of discovery. Defendant's counsel consented to the request.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

s/John Flouskakos
John N. Flouskakos, Esq.