

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN
———

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°
———————

**ASSOCIATES**
BRANDON H. DORMAN
WALDER THAME-TURNER°
JAMES VOLPE
SUZANNE LODGE°
DEE JAE DILIBERTO
DYLAN NIEVAS

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
(516) 741-8488

Conference is adjourned from February 10 to February 19, 2026 at 3:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 2/9/2026

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

February 9, 2026

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    686 Eagle Avenue LLC v. Penn-Star Insurance Company
Docket No.:  25-cv-06100
Our File No.:  25-082

Dear Judge Castel:

I write as counsel for defendant Penn-Star Insurance Company, further to my prior letter of January 6, 2026.  I ask if the Court can cancel tomorrow's conference in that I am unable to attend, and I would also request that the conference be rescheduled for a date after the parties can proceed with discovery.

Very truly yours,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

s/Steven Verveniotis

Steven Verveniotis

cc:    Counsel by ECF