

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN

————

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

————————

**ASSOCIATES**
BRANDON H. DORMAN
WALDER THAME-TURNER°
JAMES VOLPE
SUZANNE LODGE°
DEE JAE DILIBERTO
DYLAN NIEVAS

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
(516) 741-8488

February 11, 2026

Conference is adjourned from February 19, 2026 to February 25, 2026 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
Dated:  2/11/2026

*[signature]*

P. Kevin Castel
United States District Judge

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    686 Eagle Avenue LLC v. Penn-Star Insurance Company
> Docket No.:  25-cv-06100
> Our File No.:   25-082

Dear Judge Castel:

Thank you for adjourning yesterday's conference but I am out of office all of next week and I ask, having conferred with adversary counsel, and with consent from them, to adjourn the Feb 19 conference to either Feb 24 or Feb 25 at the convenience of the Court.

Respectfully submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

s/Steven Verveniotis

Steven Verveniotis

cc:    Counsel by ECF