UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

686 EAGLE AVENUE LLC,                                    25 Civ. 6100 (PKC)

                  Plaintiff(s),

v.                                                                          ORDER

PENN-STAR INSURANCE COMPANY,

                  Defendant(s).

_____

CASTEL, United States District Judge.


       The stay granted on November 19, 2025 (ECF 15) expired by its own terms  60 days on or about January 20, 2026. It was premised upon the erroneous notion that a global settlement would be achieved in 60 days.  The Scheduling Order (ECF 13) shall remain in full force  and  effect except all fact discovery shall be completed by June 1, 2026.  All expert discovery shall be completed by July 15, 2026.  There will be a conference in Courtroom 11D on September 3, 2026 at 11:00 a.m.  Letter motions at  ECF 16 & 17 are terminated.


       SO ORDERED.


_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        April 2, 2026